UNITED STATES DISTRICT COURT
FILED
OCT - 2 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

NICHOLAS NAZAROVECH,

Plaintiff,

v.

AMERICAN ELITE RECOVERY, LLC; MARK M. MILLER, SCOTT SANTORIO; KAYLA D'ANGELO; AMERICAN RECOVERY SYSTEMS, LLC; and CRAIG MARTYNKIEWICZ,

Defendants.

20-CV-250 (JLS) (HKS)

**ORDER**

Plaintiff Nicholas Nazarovech commenced this action in the Southern District of Ohio on November 29, 2018. Dkt. 1. The action was transferred to this Court and has been referred to United States Magistrate Judge H. Kenneth Schroeder, Jr. under 28 U.S.C. §§ 636(b)(1)(B) for a Report and Recommendation ("R&R") on damages, consistent with the Decision and Order at Dkt. 72. Dkt. 74.

On August 31, 2026, Judge Schroeder issued an R&R recommending that this Court grant Plaintiff's motion for default judgment (Dkt. 77) and that default judgment be entered against Defendants in the amount of $1,000.00 in statutory damages; $15,000.00 in actual damages; $33,806.00 in attorney's fees; and $519.01

in costs, for a total of $50,325.01. Dkt. 78 at 17.[1] Neither party filed objections, and the time to do so has expired. *See id.*

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and, based on that review, and in the absence of any objections, the Court accepts and adopts Judge Schroeder's recommendation.

Accordingly, final judgment is entered in favor of Plaintiff Nicholas Nazarovech and against Defendants American Elite Recovery, LLC; Mark M. Miller; Scott Santorio; Kayla D'Angelo; American Recovery Systems, LLC; and Craig Martynkiewicz, jointly and severally, in the amount of $50,325.01, consisting of:

(a) $1,000.00 in statutory damages under 15 U.S.C. § 1692k(a)(2)(A);
(b) $15,000.00 in treble damages under Ohio Rev. Code § 2923.34(E);
(c) $33,806.00 in attorney's fees; and
(d) $519.01 in costs.

[1] Page numbers refer to the CM/ECF generated numbering in the header of each page.

The Clerk of Court shall enter judgment and close this case.

SO ORDERED

Dated: Buffalo, New York
October 2, 2026

JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE